UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81476-CIV-ZLOCH

MEGDAL ASSOCIATES, LLC

    Plaintiff,

vs.

**VERDICT**

LA-Z-BOY INCORPORATED,

    Defendant.
_____/

We the jury, return the following verdict:

1. Are Defendant LA-Z-BOY INCORPORATED's products utilizing the "Power 440" mechanism LICENSED PRODUCTS under the 2002 License Agreement?

    Yes_____          No ✓_____

    [**NOTE**: Please proceed to Question No. 2].

2. Are Defendant LA-Z-BOY INCORPORATED's products utilizing the "Power 10" mechanism LICENSED PRODUCTS under the 2002 License Agreement?

    Yes ✓_____          No_____

    [**NOTE**: Please proceed to Question No. 3].

3. Are Defendant LA-Z-BOY INCORPORATED's products utilizing the "Power 16" mechanism LICENSED PRODUCTS under the 2002 License Agreement?

    Yes ✓_____          No_____

    [**NOTE**: Please proceed to Question No. 4].

4. Are Defendant LA-Z-BOY INCORPORATED's products bearing model numbers "4LP" and "TLP" LICENSED PRODUCTS under the 2002 License Agreement?

Yes_____          No___✓____

[**NOTE**: Please proceed to Question No. 5].

5. Are Defendant LA-Z-BOY INCORPORATED's products bearing model numbers "1PL" and "1PM" LICENSED PRODUCTS under the 2002 License Agreement?

Yes___✓____          No_____

[**NOTE**: If you answered each of Question Nos. 1, 2, 3, 4, and 5 NO, then your verdict is for the Defendant in this matter. Do not answer the remaining Question. Date and sign this Verdict Form, and advise the Marshal by a note that you have reached your Verdict. If you answered any of Question Nos. 1, 2, 3, 4 or 5 YES, please proceed to Question No. 6].

6. What is the amount of damages owed to Plaintiff MEGDAL ASSOCIATES, LLC, by Defendant LA-Z-BOY INCORPORATED?

$ 5,782,032

SO SAY WE ALL.

3-15-16
**DATE**                                   **FOREPERSON**

2